# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br>v.<br><br>Von Maur Inc.,<br><br>　　Defendant. | Civil Case No. 0:24-cv-03093 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Julie Dalton and the Defendant Von Maur Inc. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: November 14, 2024

　　　　　　　　　　Respectfully submitted,

For Plaintiff:

THRONDSET MICHENFELDER LAW OFFICE LLC

By: */s/ Patrick W. Michenfelder*
Patrick W. Michenfelder, Esq.
Throndset Michenfelder Law Offfice LLC
80 South 8th Street, Suite 900
Minneapolis, MN 55402
763.515.6110 (office)
pat@throndsetlaw.com
Attorney For Plaintiff

For Defendant:

O'HAGAN MEYER, LLC

By: */s/ Ryan T. Benson*
Ryan T. Benson (Admitted *Pro Hac Vice*)

1

O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
312.422.6138 (office)
rbenson@ohaganmeyer.com
Attorneys for Defendant


NILAN JOHNSON LEWIS PA

By:  s/ *Katie M. Connolly*
Katie M. Connolly (#338357)
Andrew T. Sako (#504645)
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Phone:  612-305-7500
Fax:  612-305-7501
kconnolly@nilanjohnson.com
asako@nilanjohnson.com

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on November 14, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served this day on counsel of record in this action via transmission by CM/ECF.

                                              */s/ Ryan T. Benson*
                                              Ryan T. Benson