UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated, | Civ. No. 24-3093 (PAM/DLM) |
| Plaintiff, | |
| v. | ORDER |
| Von Maur Inc., | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation of Dismissal. (Docket No. 19.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice** and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 15, 2024

s/ Paul A. Magnuson
The Hon. Paul A. Magnuson
United States District Court Judge